IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE D. MATTHEWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:15-CV-35-WKW |
| DON TERRY AND ASSOCIATES, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

On October 20, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 35.) Upon an independent review of the file and the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that the motion to dismiss (Doc. # 29) is DENIED.

DONE this 6th day of November, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE